UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM H. MADDEN, | ) | Case No. CV 11-1615 PA (MRW) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| MICHAEL J. ASTRUE, | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATE: August 9, 2011  _____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE